BEFORE THE FIRST DIVISION, OCTOBER 30, 1941

No. 46514.—Protests 768965–G, etc., of Abad Esteve Corp. et al. (New York).

Opinion by WALKER, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.